738

THE PEOPLE *ex rel.* ROBERT T. KEYES, Relator-Appellant, *v.* JOHN J. TWOMEY, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 58412; 

First District (1st Division)—September 24, 1973.*

PER CURIAM.
EGAN, J., took no part.

James J. Doherty, Public Defender, of Chicago, (J. Powers McGuire, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for appellee.

---

* *See supplemental opinion filed January 24, 1974 in later volume.*